**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6017**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WAINSWORTH MARCELLUS HALL, a/k/a Unique,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CR-93-162, CA-98-215)

———————

Submitted: June 30, 1999          Decided: August 5, 1999

———————

Before NIEMEYER, HAMILTON, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Wainsworth Marcellus Hall, Appellant Pro Se. Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wainsworth Marcellus Hall seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Hall is entitled to no relief under <u>Richardson v. United States</u>, ___ U.S. ___, 67 U.S.L.W. 3682 (June 1, 1999) (No. 97-8629). The district court instructed the jury at trial that it must unanimously agree on which acts constituted the continuing series of violations under 21 U.S.C.A. § 848 (West Supp. 1999). <u>See</u> <u>United States v. Hall</u>, 93 F.3d 126, 129 (4th Cir. 1996). Therefore, we deny Hall's motions to stay the appeal. We deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Hall</u>, Nos. CR-93-162; CA-98-215 (E.D. Va. Dec. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2